The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA SETYUKOVA,<br><br>                Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                Defendants. | Case No. 2:25-cv-00470-JLR<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>May 22, 2025 |

      Plaintiff Alexandra Setyukova and Defendants, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rules 10(g) and 16, stipulate and move for a 30-day extension of the deadline for Defendants to respond to the Complaint. A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. See *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists to extend Defendants' response deadline to June 23, 2025.

      Plaintiff brings this lawsuit pursuant to the Administrative Procedure Act and the Mandamus Act to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Form I-589, Application for Asylum and for Withholding of Removal, that Plaintiff filed on behalf of herself and her wife and child. Defendants' current deadline to respond to the Complaint is May

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER
AND [~~PROPOSED~~] ORDER
[Case No. 2:25-cv-00470-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

23, 2025. Undersigned counsel for Defendants needs additional time to coordinate a response to the Complaint. Therefore, the parties agree to and propose that Defendants' deadline to respond to the Complaint be extended to June 23, 2025. This is the first request for an extension of this deadline.

DATED this 22nd day of May 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICE OF LIYA DJAMILOVA |
| *s/ James C. Strong*<br>JAMES C. STRONG, WSBA No. 59151<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:    206-553-4067<br>Email: james.strong@usdoj.gov | *s/ Violetta Stringer*<br>VIOLETTA STRINGER, WSBA #50818<br>P.O. Box 4249<br>Seattle, WA 98144<br>Phone: 206-623-0118<br>Fax:    206-623-3686<br>Email: violetta@djamilova.com |

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER
AND [PROPOSED] ORDER
[Case No. 2:25-cv-00470-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

Defendants' deadline to respond to the Complaint is extended to June 23, 2025. It is so **ORDERED.**

DATED this 27th day of May, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER AND [PROPOSED] ORDER
[Case No. 2:25-cv-00470-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970